IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr331-MHT |
| | ) | (WO) |
| LAKEYLEA ANDREA JACKSON, JR. | ) | |
| | ) | |

OPINION AND ORDER

Defendant Lakeylea Andrea Jackson, Jr. moved to suppress evidence gathered and statements made after the police, without a warrant, obtained a report from a used car dealer on the location of his car. This case is before the court on the revised report and recommendation of the United States Magistrate Judge that Jackson's motion to suppress be denied. After a review of the report and recommendation, and because there are no objections to it, the court adopts the report and recommendation as to its outcome.

Accordingly, it is ORDERED that:

    (1) The revised report and recommendation of the United States Magistrate Judge (Doc. 67) is adopted as to its outcome.

    (2) The motion to suppress (Doc. 28) is denied.

    (3) The original report and recommendation (Doc. 59) is treated as withdrawn.

    DONE, this the 11th day of May, 2022.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**