IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr331-MHT |
| | ) | (WO) |
| LAKEYLEA ANDREA JACKSON, JR. | ) | |
| | ) | |

**SUPPLEMENTAL ORDER ON MENTAL-HEALTH RELATED CONDITIONS OF SUPERVISED RELEASE**

In accordance with and in addition to the judgment of conviction entered today, it is ORDERED that, within 60 days of the commencement of defendant Lakeylea Andrea Jackson, Jr.'s supervised release:

(1) The United States Probation Office shall arrange for defendant Jackson to receive, and defendant Jackson shall participate in, a mental-health evaluation. The evaluation shall be provided by a psychologist other than Dr. Kale Kirkland, and preferably by one who is recommended by the Federal Defender Program. The evaluation should specifically address defendant Jackson's history of adverse childhood experiences and explain any impact that they had on his previous criminal

conduct and that they have on his ability to function in life generally. The evaluator shall recommend evidence-based treatment approaches to address any identified mental disorders, and to assist defendant Jackson in (a) dealing with stressors without resorting to substance abuse, (b) complying with the conditions of supervised release, and (c) becoming a productive member of society.

(2) The results of this evaluation shall be filed with the court under seal, unless there is an objection by defendant Jackson's attorney.

DONE, this the 7th day of February, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**