IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-00331-MHT |
| | ) | (WO) |
| LAKEYLEA ANDREA JACKSON, JR. | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture (Doc. 149) filed on January 31, 2023.

On October 6, 2022, this court entered a preliminary order of forfeiture (Doc. 132) ordering the defendant to forfeit his interest in a Glock GMBH, model 32, .357 caliber semiautomatic pistol, bearing serial number EGX303, and live ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000, and the only potential claimants are the defendant and Troy Cale Cole. The government gave notice to the defendant in the indictment (Doc. 1) that it would seek the forfeiture of any and all property constituting or derived from proceeds the defendant obtained directly or indirectly, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of 18 U.S.C. §§ 1951(a), 924(c)(1)(A), and 922(g)(1). On October 13, 2022, notice of this forfeiture was served on Troy Cale Cole. *See* Process Receipt (Doc. 134). No petition of interest was filed within the required 35-day period. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 924(d) and 981(a)(1)(C), and 28 U.S.C. § 2461, and that the government

has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. §§ 1951(a) and 924(c)(1)(A).

Accordingly, it is ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. §§ 924(d) and 981(a)(1)(C), and 28 U.S.C. § 2461: **a Glock GMBH, model 32, .357 caliber semiautomatic pistol, bearing serial number EGX303, and ammunition.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 7th day of February, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE