Case 2:21-cr-00331-MHT-KFP   Document 160   Filed 02/14/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>LAKEYLEA ANDREA JACKSON, JR.<br><br>Date of Original Judgment: 01/26/2023<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:21cr331-01-MHT<br>USM No: 57547-509<br><br>_____<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion (Doc. 156) is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant received no Chapter Four status points at his original sentencing and was not determined to be a zero-point offender. Pursuant to U.S.S.G. § 1B1.10(a)(2)(A) Exclusions--a reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if none of the amendments listed in subsection (d) is applicable to the defendant.

Except as otherwise provided, all provisions of the judgment dated 01/26/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/14/2024

/s/ Myron H. Thompson
*Judge's signature*

Effective Date: _____
*(if different from order date)*

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
*Printed name and title*